IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZELIENOPLE AIRPORT AUTHORITY, a municipal authority created under the Pennsylvania Municipality Authorities Act, | CIVIL ACTION NO. 2:10-cv-01601-GLL |
| | FILED ELECTRONICALLY |
| Plaintiff, | |
| v. | |
| LANCASTER TOWNSHIP, a political subdivision of the Commonwealth of Pennsylvania, and | |
| DENNIS KERR, JOHN MEYER, and DANIEL SCHNEIDER, in their official Capacities as Supervisors of Lancaster Township, | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 14TH day of APRIL, 2011, upon consideration of the Joint Motion of Plaintiff and Defendants to Extend Response Time to Amended Complaint and Reschedule Rule 16 Scheduling Conference, it is hereby ORDERED that:

1. The Defendants' Answer to Plaintiff's Amended Complaint is due June 15, 2011; and,

2. The Rule 16 Scheduling Conference is rescheduled for JUNE 23, 2011 at time 4:30, P.m., in Suite 3250, 3rd floor, U.S. Courthouse.

BY THE COURT:

/s/ Gary L. Lancaster
U.S.D.J.