IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZELIENOPLE AIRPORT AUTHORITY, a municipal authority created under the Authorities Act,<br>    Plaintiff<br><br>v.<br><br>LANCASTER TOWNSHIP, a political subdivision of the Commonwealth of Pennsylvania, and<br><br>DENNIS KERR, JOHN MEYER and DANIEL SCHNEIDER in their official capacities as Supervisors of Lancaster Township,<br>    Defendants | CIVIL ACTION<br>CASE NO. 2:10-cv- 01601-GLL<br><br>ELECTRONICALLY FILED |

ORDER OF COURT GRANTING JOINT MOTION TO
ADMINISTRATIVELY CLOSE CASE

AND NOW, this _____8th_____ day of July, 2011, upon consideration of the Joint Motion to Administratively Close Case, IT IS HEREBY ORDERED that the Motion is GRANTED.

The Clerk shall mark this case as administratively closed.

BY THE COURT:

_____
Gary L. Lancaster, Chief United States District Judge